United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11   CRAIG D. NELSON,                           No. C 04-3833 JL
12              Plaintiff,                      **ORDER FOR SERVICE**
13        v.
14   COMMISSIONER OF SOCIAL SECURITY,
15              Defendant.
16   _____/
17
         James Hunt Miller, attorney for plaintiff, submitted a sworn declaration to the court that on September 19, 2004, he filed a complaint in this matter and apparently received, among other documents, an endorsed and stamped summons from Cynthia Lenahan, Deputy Clerk, for service upon Defendant. At some point after that, he lost or misplaced the summons, without having served it. Because of this, Mr. Miller needs a replacement of the summons to accomplish service.

         The service of summons had not been calendared, apparently with the expectation that service was expected to have been accomplished nearly immediately. Because of these problems, which have been addressed in counsel's office with new rules about calendaring, service was not accomplished within the 120 days given in F.R.Civ.P. 4(m) .

1     Accordingly, the time for service is hereby extended, to begin to run with issuance of a
2 new summons.

3     The Clerk of the Court shall issue a new summons in this matter.

4     IT IS SO ORDERED.

5 DATED: September 9, 2005

                                                                    James Larson
                                                                    Chief Magistrate Judge

9 G:\JLALL\CHAMBERS\CASES\CIVIL\04-3833-ord-service.wpd

**United States District Court**
For the Northern District of California