```
JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
Oakland CA 94610
(510) 451-2132
FACS: (510) 451-0824
E-Mail: jimillaw@rcn.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG D. NELSON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>JOANNE B. BARNHART, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>    Defendant. )<br>_____ ) | CIV NO 04-03833 JL<br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>IN WHICH TO FILE PLAINTIFF'S<br>MOTION FOR SUMMARY<br>JUDGMENT AND/OR REMAND |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from December 27, 2005 (including time for service, weekend and holiday) to January 26, 2006, in which to file his Motion for Summary Judgment and/or Remand.  This is Plaintiff's first request for an extension for this filing, which is occasioned by court-ordered changes in scheduling of motions in another case, with short-term deadlines, outside of Plaintiff's control, and requiring changes in counsel's current work scheduling.

DATE: 12/20/05                           /s/_____
                                                           James Hunt Miller
                                                           Attorney for Plaintiff

1 | DATE: 12/20/05                              Kevin V. Ryan
2 |                                              United States Attorney
3 |                                              By:/s/[1]_____
4 |                                              Alex Tse
  |                                              Assistant United States Attorney
5 |
6 | PURSUANT TO STIPULATION, IT IS SO ORDERED:
7 |
8 | DATE: __December 28, 2005__        _____
9 |                                              James Larson
  |                                              United States Magistrate Judge

*IT IS SO ORDERED*
*James Larson*
*Judge James Larson*

---

[1]          This is as communicated by facsimile to the filer.  The original (with hand signature) of this is held by the signer.

*Stip/Order Pf's xtn - Nelson v Comm'r SSA CIV-04-3833 JL*                         2