James Hunt Miller (SBCal # 135160)

P.O. Box 10891
OAKLAND CA 94610
Telephone: (510) 451-2132
Facsimile: (510) 451-0824
E-mail: jim_miller0@ yahoo.com

Attorney for Plaintiff

JOSEPH RUSSIONELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
PETER THOMPSON, SBN HI 5890
Special Assistant United States Attorney

Social Security Administration
333 Market St., Suite 1500
San Francisco, California 94102
Tel: (415) 977-8959
Fax: (415) 744-0134
Email: Peter.Thompson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG D. NELSON,<br><br>Plaintiff,<br><br>v.<br><br>Michael Astrue, COMMISSIONER of the SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | No. 3:04-cv-03833-JL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR COMPROMISE SETTLEMENT OF ATTORNEY FEES AND COSTS PURSUANT TO EQUAL ACCESS TO JUSTICE ACT |

The parties, through their respective counsel, stipulate for a compromise settlement of Plaintiff's claim for an award of attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), as follows:

1. Defendant shall pay to Plaintiff's counsel James Hunt Miller the total amount of THREE THOUSAND FIVE HUNDRED TWENTY-TWO DOLLARS ($3522.00), representing payment of all Plaintiff's claims for attorneys' fees and costs in connection with this action pursuant to the EAJA, in accordance with 28 U.S.C. § 2412(d). Plaintiff has assigned to the fee to James Hunt Miller, and the payee will be James Hunt Miller as assignee of Plaintiff.

2. This stipulation constitutes a compromise settlement of Plaintiff's request for attorneys fees pursuant to the Equal Access to Justice Act ("EAJA"), and does not constitute an admission of liability or fault on the part of Defendant under the EAJA. Payment of the $3522.00 shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorneys' fees and costs in connection with this action. This compromise and award is without prejudice to the rights of Plaintiff's counsel to later seek Social Security Act attorney fees, under 42 U.S.C. § 406, subject to any applicable offset provisions.

The parties jointly submit this matter with the proposed order below.

Date: 04-24-08	James Hunt Miller

_/s/_
Attorney for Plaintiff

Date: April 24, 2008	Joseph Russionello
United States Attorney

_/s/_
Peter Thompson
Special Assistant United States Attorney
Attorneys for Defendant

ORDER (PROPOSED)

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant will pay to Plaintiff's Counsel, James Hunt Miller, as assignee of Plaintiff, the total

amount of $3522.00, representing payment of all Plaintiff's claims for attorneys's fees and costs in connection with this action pursuant to the Equal Access to Justice Act, and in accordance with 24 U.S.C. § 2412(d).

DATED: April 25, 2008

_____
U.S. Magistrate Judge James Larson